Joshua Kyle HATFIELD, Appellant,

v.

Jason WILSON; Jay Nelson; Jenny Smith; Sarah Beth Schurr; Marty Frazer; K–9 Officer; Doug Buttikofer; Gale Huckins; Lars Rude; Tyrell Dermer; Ron Mullins; Jeff Crane, Appellees.

No. 10–2223.

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 24, 2010.

Filed: Sept. 30, 2010.

Joshua Kyle Hatfield, Clarinda, IA, pro se.

Before BYE, BOWMAN, and COLLOTON, Circuit Judges.

PER CURIAM.

Iowa inmate Joshua Hatfield appeals from orders of the District Court[1] dismissing his 42 U.S.C. § 1983 action and denying his motion for leave to amend his complaint. We conclude that dismissal was proper for the reasons the District Court stated and that the denial of leave to amend was not an abuse of discretion. *See Humphreys v. Roche Biomedical Labs.*, 990 F.2d 1078, 1082 (8th Cir.1993). Accordingly, we affirm the judgment of the District Court. *See* 8th Cir. R. 47B.

1. The Honorable Robert W. Pratt, Chief Judge, United States District Court for the Southern District of Iowa.